IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL ACTION

ARMANDO L. AREVALO-MIGNONE A/K/A: ARMANDO L. AREVALO

    Plaintiff,

CASE NO.: 05-2016-CA-14386

vs.

DIVISION: GENERAL CIVIL

Bank of America N.A.; Bank of America Corporation;
NB Holdings Corporation; BAC North America Holding Company;
BANA Holding Corporation; Banc of America Securities Holdings Corporation;
Banc of America Securities LLC.; BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING, LP; HomeFocus Services LLC.; Fannie
Mae A/K/A Federal National Mortgage Association;
MERS, Mortgage Electronic Registration Systems, Inc.; MERSCORP Holdings;
Everest Financial, Inc. DBA: Supreme Lending; CoreLogic;
Recon Trust Company, N.A.; Transwitch Corporation;
MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. f/k/a BANC OF AMERICA
SECURITIES LLC.;
QBE Insurance Corporation, QBE Specialty Insurance Company, QBE Seattle Specialty
Insurance Services, Inc.; Urban Lending;
And any and all other persons or entities known or unknown, associated with or acting on
behalf or in any capacity for any of the parties here stated or any other party or entity
whether said known or unknown who may claim an interest in any other capacity,
including but not limited to: successor, devisees, grantees, grantors, trusts, predecessors,
assigns, partners, heirs, individual defendants, or other claimaints of any kind, etc., etc.

    Defendants

_____

## COMPLAINT TO QUIET TITLE

    COMES NOW, the Plaintiff ARMANDO L. AREVALO-MIGNONE A/K/A: ARMANDO L. AREVALO as ProSe, and hereby sue the Defendants, BANK OF AMERICA, N.A. and its entities as Corporations, and any and all other parties here listed above and those known and unknown and allege:

    1.    This is an action to quiet title to real property owned by Armando L. Arevalo-Mignone (aka: Armando L. Arevalo) in fee simple and located at 4270 April Lane, Mims, Florida, 32754, and in the County of Brevard and is more fully described as follows:

Tuesday, February 9, 2016    Page 1 of 9    case#: 05-2016-CA-14386

## IN THE CIRCUIT COURT OF THE EIGHTEENTH
## JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
## CIVIL ACTION

(legal description of property) Deed Book: <u>OR BK 6212</u> Page: <u>825</u>; PLAT OF INDIAN RIVER PARK, AS RECORDED IN PLAT BOOK: <u>2</u>, PAGE: <u>33</u>, PARCEL ID NUMBER: <u>2001491</u>, PUBLIC RECORDS OF <u>BREVARD</u> County, FLORIDA records

A PART OF THE WEST 125.00 FEET OF THE EAST 375.00 FEET OF TRACT 7, BLOCK 2, INDIAN RIVER PARK, AS RECORDED IN PLAT BOOK 2, PAGE 33 OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA LYING AND BEING IN SECTION 16, TOWNSHIP 20 SOUTH, RANGE 34 EAST IN BREVARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS COMMENCE AT THE SOUTHEAST CORNER OF THE AFORESAID TRACT 7, BLOCK 2, RUN THENCE SOUTH 80°00'00" WEST ALONG THE SOUTH LINE OF SAID TRACT 7, ALSO BEING THE NORTH RIGHT-OF-WAY LINE OF APRIL LANE (A 30 FOOT RIGHT-OF-WAY) A DISTANCE OF 250.00 FEET TO THE POINT OF BEGINNING OF THE LANDS HEREIN DESCRIBED. THENCE CONTINUE SOUTH 80°00'00" WEST ALONG THE AFORESAID SOUTH LINE OF SAID TRACT 7, A DISTANCE OF 125.00 FEET, THENCE NORTH 16°20'19" WEST ALONG THE WEST LINE OF THE WEST 125.00 FEET OF THE EAST 375.00 FEET OF TRACT 7, BLOCK 2, A DISTANCE OF 350.00 FEET, THENCE NORTH 80°00'00" EAST, A DISTANCE OF 125.00 FEET, THENCE SOUTH 16°20'19" EAST ALONG THE EAST LINE OF THE WEST 125.00 FEET OF THE EAST 375.00 FEET OF TRACT 7, BLOCK 2, A DISTANCE OF 350.00 FEET TO THE SOUTH LINE OF SAID TRACT 7, BLOCK 2 AND THE POINT OF BEGINNING

All that tract or parcel of land lying and being in Land Lot 7 of Block 2, Indian River Park, Section 16, township 20 South, Range 34 east, in Brevard County, Florida, being Lot 7, filed for record at Plat Book 2, Page 33 ... [ENTIRE LEGAL DESCRIPTION]

2. Plaintiffs' title to the above-described property is derived from a Special Warranty Deed from Fannie Mae (aka: Federal National Mortgage Association) to the Plaintiff Armando L. Arevalo-Mignone, recorded at O.R. BK 6212, pg. 825, Public Records of Brevard County, Florida. A copy of said Special Warranty Deed is attached as Exhibit "A".

3. Plaintiffs reside at 4270 April Lane, Mims, Florida, 32754, in Brevard County, Florida.

4. Defendant is a national banking corporation that does business in the state of Florida, with its principal place of business and Headquartered at 100 North Tryon Street, Charlotte, North Carolina 28255 and incorporated in the state of Delaware.

5. Defendant and or Defendants is / are a successor-in-interest and or by merger to

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL ACTION

BAC Home Loans, LP, Countrywide Home Loans which did not record a mortgage against the above-referenced property of the Plaintiffs, recorded at O.R. BK 6212 pg. 826, Public Records of Brevard County, Florida, recorded on July 29th., 2010, at 6:51am. A copy of said Mortgage is attached as Exhibit "B".

6. The Defendants, especially Bank of America, N.A. and its entities have clouded the Plaintiff's title of said described property listed above through false, fabricated, forgeries, robo-signatures, misrepresentations of varying parties hidden behind many vails of falsities and fraudulently created documents such as the mortgages, notes, assignment of mortgages to taint and thus create a standing were one doesn't exist. While at the same time, the Defendants are violating the Plaintiff's legal rights derived from the United States Constitution, violating simultaneously both Federal and State Laws, to which Bank of America, N.A. and its entities have been previously sanctioned by other Courts, the Attorney Generals of 50 States, the DOJ, OCC, SEC, HUD, and investigated by varying Federal Agencies, etc., etc. for their many malfeasances in their comportment, mishandling, and in creating fraudulent foreclosures and documents; as such has and continues to further violate theTruth in Lending Act, violations of RICO, RESPA violations, has committed usury, has committed fraud in the inducement, fraud in and by execution, appraisal fraud, force placed insurances, predatory lending, and malicious abuses of process among many other actions, etc..

7. In law, Robo-Signers are illegal because "fraud cannot be the basis of clear title," trustee's deeds following Robo Signed sales are void as a matter of law, notarization is a recording requirement for many of the documents and if forged or Robo-Signed, then again these are void as a matter of law. The Plaintiff states, it has been the established rule that an instrument

**IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL ACTION**

is wholly void, such as an undelivered deed, a forged instrument or a deed in blank, cannot be made the foundation of a good title, even under the equitable doctrine of bona fide purchase. Hence, any apparent sale based on Robo Signed documents IS VOID - without any legal effect - "like Monopoly Money" (EMPHASIS GIVEN).

   a) the note is signed by Michele Sjolander a known ROBO-SIGNER of Bank of America/Countrywide.

   b) the endorser of the note by Everett Financial Inc., DBA: Supreme Lending, signs her name as "SWEN CLAUS" when her stamp clearly reads, "GWEN CLAUS."

   c) endorsements on the note lack the dates as to when each transaction occurred.

   d) the note filed with the Brevard Clerk of Courts on 7/29/10 bare a fingerprint on the Plaintiff's name made accidently by someone creating an endorsement which not present amongst of variations of the note.

   e) On the face of this Note, there is a missing component or at times varying in nature, as to the creator of the document, which has been omitted; and to which are all inconsistent with other versions of this document rendered

   f) on page 1 of 8 of the Mortgage, the name of the Plaintiff has been clearly copied and pasted, there are variations from one copy to the next.

   g) on page 7 of 8 of the varying copies of the mortgage, the notarization has been tampered with by the inclusion of a date, this was done well after recordation which contradicts other versions of the mortgage

Tuesday, February 9, 2016      Page 4 of 9      case# 05-2016-CA-14386

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL ACTION

h) the assignment of mortgage dated October 26, 2011, which was recorded, is robo-signed with well-known robo-signers (Jane Martorana, Miguel Romero, Chester Levings, Maria Medina Rodriguez, and Lillian J. Ellison)

i) Lillian J. Ellison was the commissioned notary, she illegally notarized the assignment of mortgage, signing on behalf of all parties, while she is in California and the other parties are in Ocala Florida; notarization is a recording requirement for many of the documents (and if forged or Robo-Signed, then again these are void as a matter of law).

j) the submission of false affidavits while obscuring the identity of the signer

8. Furthermore, the Plaintiff's title has been forever "clouded" note has been permanently converted into a stock and thus, fully discharged. Since, the Plaintiff's Deed of trust said, "This Deed of Trust Secures a promissory note," note was and is, became, and will forevermore be permanently destroyed through the conversion into a stock; thus, the Deed of Trust now secures NOTHING (emphasis given). Most importantly, the U.S. Supreme Court Ruled in 1872 and stated, if the note and mortgage are separated because one secures the other then they are both null and void (Emphasis Given).

9. The Mortgage is invalid and unenforceable in that it became fully matured on August 1st, 2040, and statute of limitation for the enforcement thereof is 5 yrs. which has expired pursuant to Florida Statute 95.281(1)(a).

10. The Mortgage remains unsatisfied of record and constitutes a cloud on Plaintiffs' title to the property.

11. The Plaintiff in this case claims the doctrine of legal acumen were the powers of the

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL ACTION

court are invoked to remove the cloud created by such defects, invalidities, etc.

WHEREFORE, the Plaintiffs request this Honorable Court to enter its judgment against Defendants declaring the Mortgage recorded at O.R. BK 6212 pg. 826, Public Records of Brevard County, Florida, recorded on July 29th., 2010, at 6:51am., null and void; cancelling the Mortgage of record; quieting title to the property owned by Plaintiffs and against Defendants and all persons claiming under Defendants known and unknown alike; and granting costs of this action and such other relief as the Court may deem just and proper.

Respectfully submitted this 9th day of February, 2016.

_____
Armando L. Arevalo-Mignone

FURTHER AFFIANT SAYETH NOT.  (Armando L. Arevalo-Mignone aka: Armando L. Arevalo) "Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief."

_____
Armando L. Arevalo-Mignone aka: Armando L. Arevalo

SWORN TO AND SUBSCRIBED, before me the undersigned authority, this 9 day of Feb., 2016, by Armando Arevalo, whom I identified by means of Florida Drivers license.

_____
Diana Swain
Notary Public    Deputy Clerk

DEPUTY CLERK, per F.S. 695.00/92.50
Scott Ellis, Clerk
Brevard County, Florida

Tuesday, February 9, 2016        Page 6 of 9        case#: 05-2016-CA-14386

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL ACTION

My commission expires:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing PLAINTIFF'S COMPLAINT TO QUIET TITLE, PRO SE has been furnished via electronic mail this 9th day of February, 2016 to all of the following recipients WHOM ARE ATTORNEY'S FOR THE DEFENDANT(S) BANK OF AMERICA, N.A. THE PARENT COMPANY OF OR THE MAIN ENTITY INVOLICRATING ALL OTHERS, (additional copies will be sent via certified mail) Dated this 9th day of February, 2016, by the PLAINTIFF Pro Se, Armando L. Arevalo-Mignone aka: Armando L. Arevalo 4270 April Lane, Mims, FL 32754:

**Ronald R. Wolfe Associates, P.L.**

Attorney for Plaintiff

J. Bennett Kitterman, Esq.

Maria Kwak, Esq.

Justin Swosinski, Esq.

Tuesday, February 9, 2016    Page 7 of 9    case#: 05-2016-CA-14386

IN THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
CIVIL ACTION

Eservice@wolfelawfl.com

**Gilbert Garcia Group, P.A.**

Attorney for Plaintiff

emailservice@gilbertgrouplaw.com

**Brock & Scott, PLLC.**

Attorney for Plaintiff

Maria Kwak, Esq.

Julie Anthousio

FLCourtDocs@brockandscott.com

**ADDITIONAL EMAIL ADDRESSES PROVIDED SERVICE OF DOCUMENTS:**

J. Bennett Kitterman: elecfiling@wolfelawfl.com

courtxpress@firmsolutions.us

Kathryn W. Drey: flservice@joneswalker.com

Maria Eva-Veronica Kwak: elecfiling@wolfelawfl.com

CourtXpress@FirmSolutions.us

Marshelle J Brooks: mbrooks003@yahoo.com

Nikolay S. Kolev: eservice1@ganolegal.com

Tuesday, February 9, 2016     Page 8 of 9     case#: 05-2016-CA-14386

# IN THE CIRCUIT COURT OF THE EIGHTEENTH
# JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA
# CIVIL ACTION

nkolev@ganolegal.com

Paula Schriber – Legal Assistant for Brock & Scott, PLLC   paulaschriber@brockandscott.com

_____
Armando L. Arevalo-Quighone